METROPOLITAN TRUST COMPANY OF THE CITY OF NEW
   YORK, Appellant, *v.* ALICE H. TRUAX, as Administra-
   trix of the Estate of CHAUNCEY S. TRUAX, Deceased,
   Respondent.

Reported below, 154 App. Div. 442.
(Argued February 24, 1913; decided March 4, 1913.)

MOTION to dismiss an appeal from an order of the Appel-
late Division of the Supreme Court in the first judicial
department, entered January 10, 1913, reversing a judg-
ment in favor of plaintiff entered upon a verdict directed
by the court and granting a new trial in an action to
recover upon an alleged contract of guaranty.

The motion was made upon the ground that the Court of
Appeals had no jurisdiction to entertain the appeal.

*Lloyd Paul Stryker* for motion.

*Edward C. Sperry* opposed.

Motion denied, with ten dollars costs.